PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jennifer Pizza                                              Cr.: 06-00489-01

Name of Sentencing Judicial Officer: Katharine S. Hayden

Date of Original Sentence: 01/10/07

Original Offense: Conspiracy to Defraud the United States

Original Sentence: Imprisonment 9 months, Supervised Release 36 months; Restitution $44,048; Special Conditions: drug testing and treatment, DNA testing, mental health treatment, financial disclosure, no new debt

Type of Supervision: Supervised Release                           Date Supervision Commenced: 04/26/07

## PETITIONING THE COURT

[ ]   To extend the term of supervision for          Years, for a total term of          Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall reside for a period of 4 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.

## CAUSE

The offender tested positive for cocaine on June 11, 2007 and October 5, 2007. Additionally, on October 25, 2007, she admitted to abusing heroin for the previous two weeks. She is presently in inpatient treatment for one month and has agreed to subsequently enter a halfway house for four months which will provide her with a structured environment to continue her rehabilitation.

Respectfully submitted,

By: Cayetano R. Castellano
    U.S. Probation Officer
Date: 11/16/07

PROB 12B - Page 2
Darryl Cobbins

THE COURT ORDERS:

[ ✓ ] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

11/27/07
_____
Date